UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-304-DMG (SHx)** | Date | May 28, 2015 |

Title   *Jose Martinez v. Biopharma Research, LP, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – Amended Order To Show Cause Re: Dismissal for Lack of Prosecution**

The Court, having read and reviewed Plaintiff's proof of service and declaration [Doc. ## 22, 23], hereby amends the order to show cause issued on May 18, 2015 [Doc. # 21] as follow:

The Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **June 11, 2015** why this action should not be dismissed for lack of prosecution as to **defendant Project Rehabilitation, LLC.** As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

__X__ An answer by the following defendant(s): Project Rehabilitation, LLC;
__X__ Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil
         Procedure;

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2.)

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. This action will be dismissed as to defendant Project Rehabilitation, LLC if the above-mentioned document(s) are not filed by the date indicated above.